**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| L.N., a minor, by and through her guardian, C.A.,<br><br>Plaintiff(s),<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT; PAT SKORKOWSKY, an individual; KRISTINE MINNICH, an individual; KODY BARTO, an individual; MICHAEL BANCO, an individual; DOES I-X inclusive, and ROE Corporations, I-X, inclusive,<br><br>Defendant(s). | 2:22-cv-00495-JAD-VCF<br>**ORDER** |

Before me is the plaintiff's motion to proceed under pseudonym (ECF No. 3).

Accordingly,

I ORDER that is any opposition to the plaintiff's motion to proceed under pseudonym (ECF No. 3), must be filed on or before May 31, 2022.  Any reply in support of plaintiff's motion to proceed under pseudonym (ECF No. 3) must be filed on or before June 7, 2022.

DATED this  16th day of May 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1