**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

| | |
|---|---|
| L.N., a minor, by and through her guardian, C.A.,<br><br>                Plaintiff(s),<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT; PAT SKORKOWSKY, an individual; KRISTINE MINNICH, an individual; KODY BARTO, an individual; MICHAEL BANCO, an individual; DOES I-X inclusive, and ROE Corporations, I-X, inclusive,<br><br>                Defendant(s). | 2:22-cv-00495-JAD-VCF<br>**<u>ORDER AMENDING CAPTION</u>** |

This action was commenced by the filing of a complaint whose caption violates Fed R. Civ. P. 10(a), in that plaintiff's counsel used initials to identify the minor plaintiff's guardian. The rule requires that a complaint must name all the parties. There is an exception for the minor plaintiff, Fed R. Civ. P. 5.2(a)(3), who was properly identified by initials.

Plaintiff's guardian moved to proceed under pseudonym. (ECF No. 4). Defendant did not oppose this request. (ECF No.19). I held a hearing on June 17, 2022, and deferred ruling on the motion to allow plaintiff's counsel time to investigate the possible appointment of a third-party guardian.

Plaintiff has now withdrawn ECF No. 4, the motion to proceed under pseudonym. (ECF No. 30).

ACCORDINGLY,

I ORDER plaintiff to file, on or before July 8, 2022, notice of plaintiff's guardian's name.

1

1    I direct the clerk to amend this case caption to name plaintiff's guardian when that name is noticed

2  on the docket.

3    DATED this 1st day of July 2022.

4    _____
     CAM FERENBACH
5    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25