1
2
3
4
5
6
7
8
9
10
11
12

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

L.N., a minor, by and through her guardian,
CHERINE ARCHER,

Plaintiff,

vs.

CLARK COUNTY SCHOOL DISTRICT;
PAT SKORKOWSKY, an individual;
KRISTINE MINNICH, an individual;
KODY BARTO, an individual; MICHAEL
BANCO, an individual; DOES I-X inclusive,
and ROE CORPORATIONS, I-X, inclusive,

Defendants.

CASE NO. 2:22-cv-00495-ART-VCF

**ORDER GRANTING**

**STIPULATON TO DISMISS WITH PREJUIDCE ALL CLAIMS AS TO ALL DEFENDANTS**

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff CHERINE ARCHER, as guardian of Plaintiff L.N., a minor, and Defendants CLARK COUNTY SCHOOL DISTRICT, PAT SKORKOWSKY, KRISTINE MINNICH, KODY BARTO, and CHRISTOPHER JACKSON (collectively the "CCSD Defendants"), through their respective counsel of record, that all claims as asserted in the above-captioned matter against all Defendants in the above-captioned matter, are hereby DISMISSED WITH PREJUDICE as to all Defendants, including as to Defendant MICHAEL BANCO who has not entered an appearance in this matter, in

accordance with the Settlement Agreement duly executed by and on behalf of the parties hereto, and in accordance with the Order Compromising Minors' Claims entered by the Court on April 3, 2023 (ECF 44), all obligations thereunder having been satisfied.

The parties are to bear their own attorney's fees, costs, and expenses related to the individual claims dismissed hereby.

**IT IS SO STIPULATED.**

DATED this 26 day of April, 2023.                    DATED this 26 day of April, 2023.

OLSON CANNON GORMLEY & STOBERSKI          SGRO & ROGER

/s/ *Stephanie A. Barker*                                            /s/ *Alanna Bondy*

JAMES R. OLSON, ESQ.                                         ANTHONY P. SGRO, ESQ.
Nevada Bar No. 116                                               Nevada Bar No. 3811
WALTER R. CANNON, ESQ.                                  ALANNA BONDY, ESQ.
Nevada Bar No. 1505                                             Nevada Bar No. 14830
STEPHANIE A. BARKER, ESQ.                               JAYME N. MARTINEZ, ESQ.
Nevada Bar No. 3176                                              Nevada Bar No. 15802
9950 West Cheyenne Avenue                                720 S. 7th Street, 3rd Floor
Las Vegas, NV 89129                                            Las Vegas, NV 89101
Email: jolson@ocgas.com                                      Email: tsgro@sgroandroger.com
          wcannon@ocgas.com                                            abondy@scroandroger.com
          sbarker@ocgas.com                                              jmartinez@sgroandroger.com
*Attorneys for Defendants*                                       *Attorneys for Plaintiff*
*Clark County School District, Pat Skorkowksy,*
*Kristine Minnich, and Kody Bart*

**ORDER**

**IT IS SO ORDERED.**

DATED: April 27, 2023.

_____
UNITED STATES DISTRICT JUDGE