**ANTHONY P. SGRO, ESQ.**
Nevada Bar No. 3811
**SGRO & ROGER**
2901 El Camino Ave. Suite 204
Las Vegas, Nevada 89102
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
tsgro@sgroandroger.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| L.N., a minor, by and through her guardian, CHERINE ARCHER,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; PAT SKORKOWSKY, an individual; KRISTINE MINNICH, an individual; KODY BARTO, an individual; MICHAEL BANCO, an individual; DOES I-X inclusive, and ROE Corporations, I-X, inclusive,<br><br>Defendants. | CASE NO. 2:22-CV-00495-ART-VCF<br><br>**PETITION TO DISBURSE FUNDS FROM MINOR'S BLOCKED TRUST ACCOUNT** |

COMES NOW, L.N. (born March 12, 2012), an unemancipated minor and real party in interest in the above-entitled matter, by and through her legal guardian, CHERINE ARCHER (hereinafter "Petitioner"), and counsel of record, ANTHONY P. SGRO, ESQ. of the law firm SGRO & ROGER; and hereby petitions this Honorable Court for an Order approving disbursal of $101,647.51 or in the alternative, $56,427.15, from the blocked account that was established for the benefit of L.N. on April 13, 2023. In support of this request, Petitioner hereby states as follows:

1. L.N. is currently eleven (11) years old, and she resides with the Petitioner, who is her legal guardian in Clark County, Nevada.

2. Petitioner has physical and legal custody of L.N.

3. On March 28, 2023, Petitioner filed a Petition for Compromise of Minor's Claims, to compromise an $9 million settlement on behalf of L.N. [ECF No. 36].

4. Part of L.N.'s settlement included a $500,000.00 payment to be deposited into to a blocked account for the benefit of L.N.

5. An Order granting the Petition for Compromise of Minor's Claims (hereinafter "Order Compromising Minor's Claims") was entered by this Court on April 3, 2023. [ECF No. 40].

6. The Order Compromising Minor's Claims states that "[f]unds deposited in the blocked account shall not be liquidated or diminished prior to L.N. reaching eighteen (18) years of age, unless prior Court approval is obtained, upon a showing that the withdrawal is in the best interest of L.N." The Order Compromising Minor's Claims also provided that "this Court shall retain jurisdiction to make any further orders that this Court may deem necessary and appropriate with respect to [the Compromise of Minor's Claims]." [ECF No. 40].

7. On April 13, 2023, the settlement funds were delivered to counsel for L.N.

8. On April 13, 2023, a court blocked account, ending in 6274, was established at City National Bank located at 6085 W. Twain Avenue, Las Vegas, NV 89103 and the amount of $500,000.00 was deposited into the account. [ECF No. 42].

9. On April 18, 2023, counsel filed proof showing the establishment and funding of the blocked trust account with this Court. [ECF No. 42].

10. The Petitioner now respectfully requests that this Court order funds in the amount of $101,647.51 or in the alternative, $56,427.15, be disbursed from the minor's blocked account to pay for certain expenses that inure to the benefit of L.N.

11. Petitioner does not anticipate being able to afford the mortgage at her current residence for the next lease year (January 1, 2024 – January 1, 2025), which is $2,379.70/month and she seeks a disbursal of funds from L.N.'s blocked trust account so that the family can continue

living in the same home.[1] This will inure to the benefit of L.N. because L.N. is happy and comfortable in the current family home and the home is close to L.N.'s school. Moreover, a move can be stressful for children, and this disbursal will ensure that L.N. can continue living in the same home with her family, which will provide her with stability and will support her emotional and social wellbeing. Additionally, Petitioner seeks the disbursal of funds to purchase a family vehicle, a Cadillac Escalade. This will inure to the benefit of L.N. because the family is need of a vehicle that is large enough for the entire family so that the Petitioner can transport L.N. and her siblings to and from school as well and extracurricular activities. . In lieu of funds for a new vehicle, the Petitioner alternatively seeks the disbursal of funds to finance the entire family's travel to L.N.'s out-of-state cheer competitions. It is customary for L.N.'s family to travel together to these cheer competitions (and also necessary for child-care and family-care purposes). It is important for L.N.'s well-being and development that she continues to participate in and excel in her extracurricular activities. Finally, the Petitioner seeks the disbursal of additional funds to pay for items that are for the use and enjoyment of L.N., as described below.[2]

      12.    Petitioner specifically request disbursement of $101,647.51 or in the alternative, $56,427.15, for payment of the following:

    a.  $28,556.40 to pay for one (1) years' worth of mortgage payments (January 1, 2024 – January 1, 2025).[3]

    b.  $52,788.00 (pre-trade in) to Purchase Petitioner's Cadillac Escalade.[4,5]

    c.  $440.00 for AstroCamp Fees for L.N.[6]

    d.  $95.95 for a Sedway Cheer Backpack for L.N.[7]

---

[1] Petitioner is also seeking $4,600.00 to repay a personal loan Ms. Archer took to cover (2) months of mortgage payments at the family's residence.
[2] Note that many of these items have already been purchased by Ms. Archer and she is seeking reimbursement for the same.
[3] See Exhibit "1" Mortgage amount
[4] Ms. Archer intends to trade-in her Chevrolet Camaro at the time of purchase, and it will reduce the total purchase price. Whatever money is unused from this disbursal will be promptly re-deposited in the blocked trust account.
[5] See Exhibit "2" for Cadillac Escalade pricing
[6] See Exhibit "3" for AstroCamp pricing
[7] See Exhibit "4" for Sedway Cheer Backpack pricing

  e. $179.00 a Sedway Cheer Carry-on Luggage for L.N.[8]

  f. $3,704.00 for Sedway Cheerleading Camp for L.N.[9]

  g. $1,990.00 for Miscellaneous Cheerleading Expenses (fees, uniform, etc.) for L.N.[10]

  h. $300.00 for Cheerleading Registration for L.N.[11]

  i. $35.00 for a Sedway Cheerleading T-Shirt for L.N.[12]

  j. $100.00 for a Backpack for L.N.[13]

  k. $4,552.00 for a Bedroom Set for L.N.[14]

  l. $20.06 for Beauty Supply Warehouse items for L.N.[15]

  m. $20.96 for décor from Kohl's for L.N.[16]

  n. $47.33 for items from Ross for L.N.[17]

  o. $31.40 for items from Burlington for L.N.[18]

  p. $154.87 for Shoppers World Clothing for L.N.[19]

  q. $164.24 for personal items from Walmart for L.N.[20]

  r. $24.00 for Shoes from Walmart for L.N.[21]

  s. $54.18 for Skechers for L.N.[22]

  t. $14.47 for School Supplies from Smith's for L.N.[23]

  u. $527.94 for Campus Club School Uniforms for L.N.[24]

---

[8] See Exhibit "5" for Sedway Cheer Carry-on Luggage pricing
[9] See Exhibit "6" for Sedway Cheerleading Camp
[10] See Exhibit "7" for receipts for miscellaneous cheerleading expenses
[11] See Exhibit "8" for Cheerleading Registration fees
[12] See Exhibit "9" for Sedway Cheerleading T-Shirt pricing
[13] See Exhibit "10" for Backpack pricing
[14] See Exhibit "11" for Bedroom set pricing
[15] See Exhibit "12" for receipt from Beauty Supply Warehouse
[16] See Exhibit "13" for receipt from Kohl's
[17] See Exhibit "14" for receipt from Ross
[18] See Exhibit "15" for receipt from Burlington
[19] See Exhibit "16" for receipts from Shopper's World
[20] See Exhibit "17" for receipts from Walmart
[21] See Exhibit "18" for receipt from Walmart
[22] See Exhibit "19" for receipt from Skechers
[23] See Exhibit "20" for receipt form Smith's
[24] See Exhibit "21" for receipt for Campus Club school uniforms

v. $4,600.00 to repay a personal loan Ms. Archer took to cover (2) months of mortgage payments at the family's residence.[25]

w. $55.00 for Choir Fees for L.N.[26]

x. $40.00 for Guitar for L.N.[27]

y. $1,306.00 for Disneyland School Band Trip for L.N. (plus additional Disney tickets for family)[28]

z. $1,681.44 for Airfare for a Cheer Competition for L.N. and Family to California (in alternative to vehicle)[29]

aa. $2,307.20 for Airfare for a Cheer Competition for L.N. and Family to Texas (in alternative to vehicle)[30]

bb. $3,579.00 for Airfare for a Cheer Competition for L.N. and Family to Texas (in alternative to vehicle)[31]

cc. $933.97 for a Laptop for L.N.[32]

dd. $387.98 for a Television for L.N.[33]

ee. $524.76 for Uber for L.N. to get to and from Church and other activities (prepaid)[34]

**WHEREFORE**, Petitioner prays for an Order:

1. Approving and authorizing the disbursal of $101,647.51 or in the alternative, $56,427.15, from the minor's blocked account ending in 6274 for the payment of the expenses described above;

///

---

[25] See Exhibit "22" for personal loan amount
[26] See Exhibit "23" for choir fees
[27] See Exhibit "24" for guitar pricing
[28] See Exhibit "25" for Disneyland school trip fees plus additional tickets for family
[29] See Exhibit "26" for airfare costs for California cheer competition
[30] See Exhibit "27" for airfare costs for Texas cheer competition
[31] See Exhibit "28" for airfare costs for Texas cheer competition
[32] See Exhibit "29" for laptop pricing
[33] See Exhibit "30" for television pricing
[34] See Exhibit "31" for Uber receipts

2. For such other and further orders as the Court deems appropriate.

DATED this __10th__ day of January, 2024

                                                   SGRO & ROGER

                                                   Anthony P. Sgro, Esq.
Nevada Bar No. 3811
2901 El Camino Ave. Suite 204
Las Vegas, Nevada 89102
*Attorney for Plaintiff*

**VERIFICATION OF PETITIONER**

STATE OF NEVADA)
                ) ss:
COUNTY OF CLARK )

I, CHERINE. ARCHER, declare under penalty of perjury under the laws of the United States that I am the Petitioner in the above-entitled matter, I have read the foregoing Petition to Disburse Funds from Minor's Blocked Trust Account and know the contents thereof; that the same is true of my own knowledge, except for those statements expressly made upon information and belief, and as to those facts, I believe them to be true.

Executed on this 10th date of January, 2024.

Cherine Archer, Petitioner

SUBSCRIBED and SWORN to before me this 10 day of January, 2024.

_____
NOTARY PUBLIC in and for
said COUNTY and STATE

ALEXIS TRES ELIZABETH WILLIAMS-ANDERSON
Notary Public, State of Nevada
Appointment No. 21-6218-01
My Appt. Expires Oct 30, 2025

7

**ANTHONY P. SGRO, ESQ.**
Nevada Bar No. 3811
**SGRO & ROGER**
2901 El Camino Ave. Suite 204
Las Vegas, Nevada 89102
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
tsgro@sgroandroger.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| L.N., a minor, by and through her guardian, CHERINE ARCHER,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; PAT SKORKOWSKY, an individual; KRISTINE MINNICH, an individual; KODY BARTO, an individual; MICHAEL BANCO, an individual; DOES I-X inclusive, and ROE Corporations, I-X, inclusive,<br><br>Defendants. | CASE NO. 2:22-CV-00495-ART-VCF<br><br>**ORDER TO DISBURSE FUNDS FROM MINOR'S BLOCKED TRUST ACCOUNT** |

Upon Plaintiffs' **PETITION TO DISBURSE FUNDS FROM MINOR'S BLOCKED TRUST ACCOUNT** filed herein by Petitioner CHERINE ARCHER, legal guardian, of the minor child L.N., and good cause appearing therefor:

**IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' Petition to Disburse Funds from Minor's Blocked Trust Account, is hereby GRANTED.

2. City National Bank located at 6085 W. Twain Avenue, Las Vegas, NV 89103 is hereby ordered to disburse _____ to the Petitioner from the blocked account established for the benefit of L.N. and ending in 6274.

3. Petitioner must use the disbursed funds for payment of the following:

a. $28,556.40 to pay for one (1) years' worth of mortgage payments (January 1, 2024 – January 1, 2025).

b. $52,788.00 (pre-trade in) to Purchase Petitioner's Cadillac Escalade.

c. $440.00 for AstroCamp Fees for L.N.

d. $95.95 for a Sedway Cheer Backpack for L.N.

e. $179.00 a Sedway Cheer Carry-on Luggage for L.N.

f. $3,704.00 for Sedway Cheerleading Camp for L.N.

g. $1,990.00 for Miscellaneous Cheerleading Expenses (fees, uniform, etc.) for L.N.

h. $300.00 for Cheerleading Registration for L.N.

i. $35.00 for a Sedway Cheerleading T-Shirt for L.N.

j. $100.00 for a Backpack for L.N.

k. $4,552.00 for a Bedroom Set for L.N.

l. $20.06 for Beauty Supply Warehouse items for L.N.

m. $20.96 for décor from Kohl's for L.N.

n. $47.33 for items from Ross for L.N.

o. $31.40 for items from Burlington for L.N.

p. $154.87 for Shoppers World Clothing for L.N.

q. $164.24 for personal items from Walmart for L.N.

r. $24.00 for Shoes from Walmart for L.N.

s. $54.18 for Skechers for L.N.

t. $14.47 for School Supplies from Smith's for L.N.

u. $527.94 for Campus Club School Uniforms for L.N.

v. $4,600.00 to repay a personal loan Ms. Archer took to cover (2) months of mortgage payments at the family's residence.

w. $55.00 for Choir Fees for L.N.

x. $40.00 for Guitar for L.N.

  y. $1,306.00 for Disneyland School Band Trip for L.N. (plus additional Disney tickets for family)

  z. $1,681.44 for Airfare for a Cheer Competition for L.N. and Family to California (in alternative to vehicle)

  aa. $2,307.20 for Airfare for a Cheer Competition for L.N. and Family to Texas (in alternative to vehicle)

  bb. $3,579.00 for Airfare for a Cheer Competition for L.N. and Family to Texas (in alternative to vehicle)

  cc. $933.97 for a Laptop for L.N.

  dd. $387.98 for a Television for L.N.

  ee. $524.76 for Uber for L.N. to get to and from Church and other activities (prepaid)

4. For all expenses that have not yet been incurred by Ms. Archer (for which this Order shall serve to reimburse her), Petitioner shall cause proof to be filed with this Court, within sixty (60) days of entry this Order, that the disbursed funds have been expended in accordance with this Order.

5. No additional funds may be disbursed from the blocked account prior to L.N. reaching eighteen (18) years of age, unless prior Court approval is obtained, upon a showing that the withdrawal is in the best interest of L.N. A final accounting will be made prior to the release of funds upon L.N.'s eighteenth birthday.

6. Any unused funds must be re-deposited in the blocked trust account within sixty (60) days of entry this Order.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

7. This Court shall retain jurisdiction to make any further orders that this Court may deem necessary and appropriate with respect to this matter.

IT IS SO ORDERED.

Dated this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

SGRO & ROGER
Anthony P. Sgro, Esq.
Nevada Bar No. 3811
2901 El Camino Ave. Suite 204
Las Vegas, Nevada 89102
*Attorney for Plaintiff*