# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| L.N., a minor, by and through her guardian, CHERINE ARCHER,<br><br>    Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; PAT SKORKOWSKY, an individual; KRISTINE MINNICH, an individual; KODY BARTO, an individual; MICHAEL BANCO, an individual; DOES I-X inclusive, and ROE Corporations, I-X, inclusive,<br><br>    Defendants. | CASE NO. 2:22-CV-00495-ART-VCF<br><br>**ORDER TO DISBURSE FUNDS FROM MINOR'S BLOCKED TRUST ACCOUNT** |

Upon Plaintiffs' **PETITION TO DISBURSE FUNDS FROM MINOR'S BLOCKED TRUST ACCOUNT** filed herein by Petitioner CHERINE ARCHER, legal guardian, of the minor child L.N., and good cause appearing therefor:

**IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' Petition to Disburse Funds from Minor's Blocked Trust Account, is hereby GRANTED.

2. City National Bank located at 6085 W. Twain Avenue, Las Vegas, NV 89103 is hereby ordered to disburse $101,647.51 to the Petitioner from the blocked account established for the benefit of L.N. and ending in 6274.

3. Petitioner must use the disbursed funds for payment of the following:

1

a. $28,556.40 to pay for one (1) years' worth of mortgage payments (January 1, 2024 – January 1, 2025).

b. $52,788.00 (pre-trade in) to Purchase Petitioner's Cadillac Escalade.

c. $440.00 for AstroCamp Fees for L.N.

d. $95.95 for a Sedway Cheer Backpack for L.N.

e. $179.00 a Sedway Cheer Carry-on Luggage for L.N.

f. $3,704.00 for Sedway Cheerleading Camp for L.N.

g. $1,990.00 for Miscellaneous Cheerleading Expenses (fees, uniform, etc.) for L.N.

h. $300.00 for Cheerleading Registration for L.N.

i. $35.00 for a Sedway Cheerleading T-Shirt for L.N.

j. $100.00 for a Backpack for L.N.

k. $4,552.00 for a Bedroom Set for L.N.

l. $20.06 for Beauty Supply Warehouse items for L.N.

m. $20.96 for décor from Kohl's for L.N.

n. $47.33 for items from Ross for L.N.

o. $31.40 for items from Burlington for L.N.

p. $154.87 for Shoppers World Clothing for L.N.

q. $164.24 for personal items from Walmart for L.N.

r. $24.00 for Shoes from Walmart for L.N.

s. $54.18 for Skechers for L.N.

t. $14.47 for School Supplies from Smith's for L.N.

u. $527.94 for Campus Club School Uniforms for L.N.

v. $4,600.00 to repay a personal loan Ms. Archer took to cover (2) months of mortgage payments at the family's residence.

w. $55.00 for Choir Fees for L.N.

x. $40.00 for Guitar for L.N.

    y. $1,306.00 for Disneyland School Band Trip for L.N. (plus additional Disney tickets for family)

    cc. $933.97 for a Laptop for L.N.

    dd. $387.98 for a Television for L.N.

    ee. $524.76 for Uber for L.N. to get to and from Church and other activities (prepaid)

4. For all expenses that have not yet been incurred by Ms. Archer (for which this Order shall serve to reimburse her), Petitioner shall cause proof to be filed with this Court, within sixty (60) days of entry this Order, that the disbursed funds have been expended in accordance with this Order.

5. No additional funds may be disbursed from the blocked account prior to L.N. reaching eighteen (18) years of age, unless prior Court approval is obtained, upon a showing that the withdrawal is in the best interest of L.N. A final accounting will be made prior to the release of funds upon L.N.'s eighteenth birthday.

6. Any unused funds must be re-deposited in the blocked trust account within sixty (60) days of entry this Order.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

7. This Court shall retain jurisdiction to make any further orders that this Court may deem necessary and appropriate with respect to this matter.

IT IS SO ORDERED.

Dated this __20th__ day of __May__, 2024.

_____
UNITED STATES DISTRICT JUDGE